COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MADELEINE R. AHLERS (356919)
(mahlers@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

COOLEY LLP
NATALIE PEELISH (*Pro Hac Vice* forthcoming)
(npeelish@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone:    +1 206 452 8700
Facsimile:    +1 206 452 8800

COOLEY LLP
MAZDA ANTIA (214963)
(mantia@cooley.com)
REEM GERAIS (360695)
(rgerais@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

COOLEY LLP
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
KELTON N. SAHAGIAN (340366)
(kbasirico@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071-3474
Telephone:    +1 213 561 3250
Facsimile:    +1 213 561 3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELANIE CONE-SZUCK, et al., | Case No. |
| Plaintiff, | **DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANT GOOGLE LLC'S NOTICE OF REMOVAL** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO DEFENDANT
GOOGLE LLC'S NOTICE OF REMOVAL
CASE NO. _____

I, Aarti Reddy, declare as follows:

1.      I am a partner at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in this action.  I am licensed to practice law in the State of California and am admitted to practice before this Court.  The matters set forth herein are based on my own knowledge, and if called as a witness to testify, I could and would testify competently to those matters.  I submit this declaration in support of Google's Notice of Removal.

2.      On April 15, 2024, Plaintiff Melanie Cone-Szuck and forty-nine other individuals ("Plaintiffs") filed a complaint against Google in the Superior Court of the State of California, County of Santa Clara (the "Superior Court").  That case was captioned *Cone-Szuck, et al. v. Google LLC*, Case No. 24CV435832 (the "State Court Action").  True and correct copies of the *Cone-Szuck* complaint, summons, and all other process, pleadings, and orders are attached hereto as **Exhibit A**.

3.      On April 27, 2026, Plaintiffs filed a First Amended Complaint, adding for the first time a claim under the Federal Wiretap Act, 18 U.S.C. § 2510 *et seq.*  Google was served with a copy of the First Amended Complaint on April 27, 2026.  A true and correct copy of Plaintiffs' First Amended Complaint is attached hereto as **Exhibit B**.

4.      The State Court Action is one of over 2,300 mass tort individual actions for damages currently pending against Google in the Superior Court (the "Related Cases").  Given the volume of cases, case management activities and other proceedings have taken place only on the first-filed docket, *Gilbert Luna, et al. v. Google LLC*, Case No. 24CV434093 (the "*Luna* Action").

5.      The *Luna* Action was removed to this Court on April 16, 2026 and is captioned *Luna, et al. v. Google LLC*, Case No. 5:26-cv-03246 (N.D. Cal.).  All documents filed in the *Luna* Action—which necessarily relate to the coordinated case management of the Related Cases—can be found at *Luna, et al. v. Google LLC*, Case No. 5:26-cv-03246 (N.D. Cal.), ECF Nos. 1-2 – 8-44.

Cooley LLP
Attorneys at Law
San Francisco

2

Dec. of A. Reddy ISO Defendant
Google LLC's Notice of Removal
Case No. _____

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 18, 2026 in San Francisco, California.

/s/ Aarti Reddy
Aarti Reddy

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO DEFENDANT
GOOGLE LLC'S NOTICE OF REMOVAL
CASE NO. _____